IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

RODERICK DESHAWN STEWART,   )
                            )
              Petitioner,   )
                            )   CIVIL ACTION
v.                          )
                            )   No. 16-3212-JWL
UNITED STATES OF AMERICA,   )
                            )
              Respondent.   )
                            )
                            )

**ORDER TO SHOW CAUSE**

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause on or before **December 16, 2016** why the writ should not be granted; that the petitioner has until **January 17, 2017** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**Dated this 15th day of November, 2016 at Kansas City, Kansas.**

s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**